IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

MAJORIE ESTHEFANIA
TOALOMBO CHAGLLA,

Petitioner,

vs.

PAMELA BONDI, attorney, et al.,

Respondents.

0:26-CV-804

ORDER TO SHOW CAUSE

The petitioner represents that she has been transported from Minnesota in violation of the Court's order of January 29, 2026. Filing 6.

IT IS ORDERED:

1. The petitioner's motion for an order to show cause (filing 6) is granted.

2. The government shall, if it is not already doing so, **immediately** return the petitioner to the District of Minnesota, as required by the Court's previous order.

3. The government shall file a status report on or before **5 p.m. on Friday, January 30, 2026**, explaining:

   a. The petitioner's current location, and the time at which she was transported there; and

b. The government's efforts to return the petitioner to Minnesota as required by the Court's previous order.

4. A hearing is set in this matter for **4:00 p.m. on Monday, February 2, 2026**, in Courtroom 9W, United States District Court, 300 South Fourth Street, Minneapolis, MN 55415, before Magistrate Judge David T. Schultz.

5. That hearing may be canceled if the government files a status report confirming its substantial compliance with this order.

Dated this 30th day of January, 2026.

BY THE COURT:

_____

John M. Gerrard
Senior United States District Judge